IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEBRA TATE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:16-CV-849-WHA |
| | ) |
| ASERACARE HOSPICE-DEMOPOLIS, | ) (wo) |
| LLC d/b/a ASERACARE, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of the Joint Motion for Mediation (Doc. #31), it is hereby

ORDERED that the Motion is GRANTED and this case is referred to Magistrate Judge Borden for mediation.

All deadlines set in the Uniform Scheduling Order remain in effect at this time.

Done this 29th day of August, 2017.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE